**STATE of Missouri, Respondent,**

v.

**Mark E. WOODWORTH, Appellant.**

**No. WD 58195.**

Missouri Court of Appeals,
Western District.

Aug. 14, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 2, 2001.

Susan M. Hunt, Kansas City, MO, for
Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Rachel A. Smith, Asst.
Atty. Gen., St. Louis, Philip M. Koppe,
Asst. Atty. Gen., Kansas City, MO, for
Respondent.

Before PAUL M. SPINDEN, Chief
Judge, PATRICIA A. BRECKENRIDGE
and THOMAS H. NEWTON, Judges.

### ORDER

Mark E. Woodworth appeals the circuit
court's judgment convicting him of murder
in the second degree, two counts of armed
criminal action, one count of assault in the
first degree and one count of burglary in
the first degree. We affirm. Rule
30.25(b).